# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00210ACK |
| CASE NAME: | United States of America Vs. Reinier L. A. Kraan, II |
| ATTYS FOR PLA: | Michael Kawahara and ATF Agent-Charles Pang |
| ATTYS FOR DEFT: | Richard D. Gronna |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Stephen Platt |
| DATE: | 06/26/2006 | TIME: | 1:28pm-1:39pm |

COURT ACTION:  EP: Sentencing to Counts 1, 2 and 3 of the Indictment and Motion for a Sentence below the recommended Guideline Level-Defendant present in Custody. Government's and Defendant's Joint Motion to Continue Sentencing Date-is hereby Granted.

Sentencing continued to 2/26/2007 @1:30 p.m.

Submitted by Leslie L. Sai, Courtroom Manager